**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                               :         Bankruptcy No. 04-33234-sr
    Kevin Richardson
                                               :

           Debtor                               :         14   0640

APPELLANT: Kevin Richardson

CERTIFICATE OF APPEAL FROM ORDER DATED 12/18/13
OF BANKRUPTCY JUDGE ENTERED ON 12/18/13

Robert N.C. Nix Building
900 Market Street, Suite 400
Philadelphia PA 19107-4299

Timothy B. McGrath
Clerk

Counsel of Record
      David A. Scholl
      512 Hoffman Street
      Philadelphia, PA 19148
      Counsel for the Debtor

      LESLIE E. PUIDA
      244 Cherry Lane
      Doylestown, PA 18901
      Counsel for Creditor Select Portfolio

POLLY A. LANGDON
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606
Counsel for Chapter 13 Trustee Fredrick Reigle

FREDERICK L. REIGLE
2901 St. Lawrence Ave.
P.O. Box 4010
Reading, PA 19606
Chapter 13 Trustee

Frederick Baker
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
U.S. Trustee, Party in Interest

bfcertap.frm

14-CV-640

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

14 · 0640

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.
**BANKRUPTCY RECORD ON APPEAL**

Address of Plaintiff: IN RE: __8025 Fayette Street__

Post office: __Phila, PA 19150__  County: _____

Address of Defendant: _____ Post

office: _____ County: _____ Place of

incident, or transaction: _____ Post office: ____

_____ County: _____ ( Use Reverse Side for

Additional Space)

Does this case involve multidistrict litigation possibilities?   Yes ☐   No ☐

RELATED CASE, IF ANY:

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when yes in answered to any of the following questions:

1.) Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

2.) Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☐

3.) Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?   Yes ☐   No ☐

CIVIL: (Place ( X ) in ONE CATEGORY ONLY)

A. Federal Question Cases:
1.) ☐ Indemnity Contract, Marine Contract, and all Other Contracts
2.) ☐ FELA
3.) ☐ Jones Act-Personal injury
4.) ☐ Antitrust
5.) ☐ Patent
6.) ☐ Labor-Management Relations
7.) ☐ Civil Rights
8.) ☐ Habeas Corpus
9.) ☐ Securities Act(s) Cases
10.) ☐ Social Security Review Cases (Please Specify)
11.) ☒ All other Federal Question Cases (Please specify) __Bankruptcy Dismissal__

B. Diversity Jurisdiction Cases:
1.) ☐ Insurance Contract and Other Contracts
2.) ☐ Airplane Personal Injury
3.) ☐ Assault, Defamation
4.) ☐ Marine Personal Injury
5.) ☐ Motor Vehicle Personal Injury
6.) ☐ Other Personal Injury (Please specify)
7.) ☐ Products Liability
8.) ☐ Products Liability - Asbestos
9.) ☐ All other Diversity Cases (Please Specify)

## ARBITRATION CERTIFICATION

I, _____, counsel of record do hereby certify pursuant to Local Civil Rule 8, Section 4(a)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs.

Date _____  Attorney-At-Law _____

( ) BANKRUPTCY APPEAL

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

__1/29/14__   __Steve Tomas, Deputy Clerk__
Date    Attorney-At-Law

CIV 609 (7/98)

JAN 29 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

In Re: Kevin Richardson                              CIVIL ACTION
                v.
                                                     NO. **14   0640**

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
    and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
    exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
    commonly referred to as complex and that need special or intense management by
    the court. (See reverse side of this form for a detailed explanation of special
    management cases.)    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    (X)

_1/29/14_                _Steve Tomas_                 _Deputy Clerk_
Date                     Attorney-at-law              Attorney for

_____             _____                  _____
**Telephone**            **FAX Number**               **E-Mail Address**

(Civ. 660) 10/02

JAN 29 2014